UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELSEY DEJESUS,<br><br>Plaintiff,<br><br>-v.-<br><br>KARAH REMPE PINTO and VICTOR HUGO PINTO,<br><br>Defendants. | 26 Civ. 7547 (KPF)<br><br>**ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, who is proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, and the New York State and City Human Rights Laws. She alleges violations of her rights in connection with her employment at Dutch Baby Bakery. By order dated September 4, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

**DISCUSSION**

**A. Add Former Employer as Defendant**

Plaintiff brought administrative proceedings in the U.S. Equal Employment Opportunity Commission against her former employer, Dutch Baby Bakery, and received a Determination and Notice of Rights. In light of Plaintiff's *pro se* status and clear intention to assert claims against her former employer, the Court construes the complaint as asserting claims against Dutch Baby Bakery and directs the Clerk of Court to add Dutch Baby Bakery on the

docket as a defendant in this action. *See* Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses Dutch Baby Bakery may wish to assert.

**B. Service on Named Defendants**

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to assistance from the court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Dutch Baby Bakery, Karah Rempe Pinto, and Victor Hugo Pinto through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to issue summonses for these defendants and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon each defendant.

---

[1] Although a summons and complaint generally must be served within 90 days of the date the complaint is filed, *see* Fed. R. Civ. P. 4(m), Plaintiff proceeds IFP and could not effect service until the Court reviewed the complaint and ordered that any summonses issue. The Court therefore extends the time to serve until 90 days after the date summonses issue.

If service is not effected within this 90-day period, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### C. City Bar Justice Center

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves with civil cases in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If you are unable to complete this form, or if you have questions about the form, please call (212) 382-4794. A flyer with details is attached.

## CONCLUSION

The Clerk of Court is directed to add Dutch Baby Bakery on the docket as a Defendant. *See* Fed. R. Civ. P. 21. The Clerk of Court is further instructed to issue summonses for Defendants Dutch Baby Bakery, Karah Rempe Pinto, and Victor Hugo Pinto, complete the USM-285 form with the address for each defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Court requests that the Clerk of Court mail an information package to Plaintiff.

---

[2] The CBJC is a private organization that it not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

SO ORDERED.

Dated: September 8, 2026
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Dutch Baby Bakery
   813 West 187th Street
   New York, NY 10040

2. Karah Rempe Pinto
   Dutch Baby Bakery
   813 West 187th Street
   New York, NY 10040

3. Victor Hugo Pinto
   Dutch Baby Bakery
   813 West 187th Street
   New York, NY 10040

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)