UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELSEY DEJESUS,<br><br>Plaintiff,<br><br>-v.-<br><br>KARAH REMPE PINTO, VICTOR HUGO PINTO, and DUTCH BABY BAKERY,<br><br>Defendants. | 26 Civ. 7547 (KPF)<br><br>**SUPPLEMENTAL ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

This case commenced on August 31, 2026, when Plaintiff first filed a complaint. (Dkt. #1). On September 8, 2026, the Court entered an Order of Service that (i) added Dutch Baby Bakery as a Defendant and (ii) facilitated service of process on all Defendants. (Dkt. #7). Plaintiff amended her complaint on September 5, 2026, and the Court received it on September 10, 2026 — after it had already entered the Order of Service. (Dkt. #9).

Because Plaintiff has been granted permission to proceed *in forma pauperis* (Dkt. #5), the Court will again assist Plaintiff in effecting service of her amended complaint through the U.S. Marshals Service. The Clerk of Court is directed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant: Karah Rempe Pinto, Victor Hugo Pinto, and Dutch Baby Bakery. The Clerk of Court is further directed to issue summonses for these Defendants and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon each Defendant.

SO ORDERED.

Dated: September 11, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Dutch Baby Bakery
   813 West 187th Street
   New York, NY 10040

2. Karah Rempe Pinto
   Dutch Baby Bakery
   813 West 187th Street
   New York, NY 10040

3. Victor Hugo Pinto
   Dutch Baby Bakery
   813 West 187th Street
   New York, NY 10040